Form:defch7

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 17−40358−mar
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Harvey Lewis Jackson Jr.
    1058 Coleman
    Ypsilanti, MI 48198

Social Security No.:
    xxx−xx−6088

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

| | |
|---|---|
| ☐ Application for Individuals to Pay the Filing Fee in Installments | ☐ Schedule E/F |
| ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature | ☐ Schedule G |
| ☑ Chapter 7 Statement of Your Current Monthly Income Form 122A−1 | ☐ Schedule H |
| ☐ Credit Counseling Certificate | ☐ Schedule I |
| ☐ Credit Counseling Certificate − Joint Debtor | ☐ Schedule J |
| ☑ Declaration About an Individual Debtor(s) Schedules | ☐ Schedule J−2 |
| ☐ Declaration under Penalty of Perjury for Non−Individual Debtors | ☑ Schedule A−J |
| ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney | ☑ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b) |
| ☐ Schedule A/B | ☑ Statement of Financial Affairs |
| ☐ Schedule C − Debtor | ☐ Statement Regarding Authority to Sign and File Petition (Business Only) |
| ☐ Schedule C − Joint Debor | ☑ Summary of Assets and Liabilities |
| ☐ Schedule D | ☐ Tax ID |

The missing document(s) must be filed on or before **1/25/17**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 1/12/17

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:  
Harvey Lewis Jackson, Jr.  
    Debtor

Case No. 17-40358-mar  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0645-2 | User: skoni | Page 1 of 1 | Date Rcvd: Jan 12, 2017 |
|---|---|---|---|
| | Form ID: defch7 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
db          +Harvey Lewis Jackson, Jr.,   1058 Coleman,   Ypsilanti, MI 48198-6308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:
        John Robert Keyes   on behalf of Debtor Harvey Lewis Jackson, Jr. ecf@robertkeyeslaw.com, chris@robertkeyeslaw.com
        TOTAL: 1