**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 17−40358−mar
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Harvey Lewis Jackson Jr.
   1058 Coleman
   Ypsilanti, MI 48198

Social Security No.:
   xxx−xx−6088

Employer's Tax I.D. No.:

---

### NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a **Certification About a Financial Management Course (Official Form 423)*** as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that **Official Form 423** must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that in a chapter 7 case the debtor(s) must file **Official Form 423** within 60 days after the first date set for the meeting of creditors under § 341 of the Code.

**Failure to file the certification will result in the case being closed without an entry of discharge.** If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the **Official Form 423**, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: 2/28/17

                                                  BY THE COURT


                                                Katherine B. Gullo , Clerk of Court
                                                U.S. Bankruptcy Court

***\* NOTE:** The court will accept Official Form 423 (Certification About a Financial Management Course) or the Personal Financial Management Certificate provided by an approved course provider to satisfy the requirement under Federal Rules of Bankruptcy Procedure 1007(b)(7).*