UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:
Harvey L. Jackson, Jr.           Bankruptcy Case No. 17-40538 mbm
Chapter 7
Judge: Mark A Randon

_____/
**Debtors.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 2, 2017, a copy of the Cover Sheet for Amendments Docket #32 was served, by Electronic Court Filing (ECF) and/or depositing said copy in the U.S. Mail, postage paid as follows:

Richard A. Green
133 W. Main St., Ste 130
Northville, MI 48167

Timothy Miller
Ch. 7 Trustee
assistant@schneidermiller.com

/s/ John Robert Keyes
Robert Keyes P68856
Robert Keyes Law
300 North Huron Street
Ypsilanti, MI 48197
(734) 662-1590
robert@robertkeyeslaw.com